UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                   :
UNITED STATES OF AMERICA           :
                                   :   UNSEALING ORDER
        - v. -                     :
                                   :   19 Mag. 11193
OLADAYO OLADOKUN,                  :
FAROUK KUKOYI,                     :
BALDWIN OSUJI,                     :
HENRY OGBUOKIRI,                   :
JOSHUA HICKS,                      :
ANTHONY LEE NELSON,                :
DERRICK BANKS,                     :
IBRAHIIMA DOUKOURE,                :
JAMAR SKEETE,                      :
PAUL YAW OSEI, JR.,                :
KOWAN POOLE,                       :
DARREL WILLIAMS,                   :
DARYL BARTLEY,                     :
GARNET STEVEN MURRAY-SESAY,        :
  a/k/a STEVEN GARNET              :
        MURRAY-SESAY, and          :
ANDREW HEAVEN,                     :
                                   :
        Defendants.                :
                                   :
---------------------------------- X

        Upon application of the United States of America, by and

through Assistant United States Attorney Alexander Li, it is hereby

ORDERED that the Complaint in 19 Mag. 11193, which was filed under seal on November 27, 2019, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        December 10, 2019

_____
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK